HENRY PRINCE, Respondent, *v.* ELY J. RIESER,
Appellant.

*Prince* v. *Rieser*, 163 App. Div. 958, appeal dismissed.
(Argued January 4, 1915; decided January 12, 1915.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of Supreme Court in the first judicial
department, entered June 29, 1914, affirming a judgment
in favor of plaintiff entered upon a verdict in an action
to recover commissions.

The motion was made upon the grounds that the action
was to recover for services; that the affirmance by the
Appellate Division was unanimous and that permission to
appeal had not been obtained.

*Julius Hilbern Cohn* for motion.

*Paul Armitage* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.